**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>C.J. TECH CONSTRUCTION, INC., et al.<br><br>Defendants. | NO. CV 09-06502 SJO (CWx)<br><br>**AMENDED JUDGMENT** |

This matter came before the Court on the Motion of Plaintiff CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY ("Plaintiff") for Allowance of Post-Judgment Attorney Fees and Costs ("Motion"). After full consideration of all admissible evidence and documents submitted, the Court **STAYED** Plaintiff's Motion as against Defendant C.J. TECH CONSTRUCTION, INC. ("C.J. TECH") and **GRANTED** Plaintiff's Motion as against Defendant JEMYUN CHOI ("CHOI").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

(1) That judgment be entered in favor of Plaintiff as against Defendant Choi;

(2) That Plaintiff is awarded a total of $5,277.00, consisting of: (A) $4,790.00 in post-judgment attorney fees; and (B) $487.00 in costs;

1  (3) That Plaintiff's action against Defendant C.J. TECH is stayed pursuant to the United States
2      Bankruptcy Code, 11 U.S.C. § 362(a)(1)-(2);
3  (4) That Plaintiff's award is to be added to the balance due on the judgment entered in this
4      action on May 6, 2010, only as against Defendant Choi.
5  IT IS SO ADJUDGED.

7 Dated: June 28, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE